UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Barrett-Jackson Auction Company, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Mountain Sports International, Inc. dba Dragonfli Media Technologies, a Utah Corporation; Adam Comey, an individual, Larsen Sequist, an individual; 503 Collective, Inc.<br><br>Defendants. | No. 2:20-CV-00892-PHX-SRB<br><br>**Order of Dismissal with Prejudice** |

Pursuant to stipulation and good cause appearing,

IT IS ORDERED that the above-captioned action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

Dated this 11th day of May, 2021.

_____
Susan R. Bolton
United States District Judge